## Frank Slenis, Appellee, v. Joseph Wm. Zolpe and Petronele Zolpe, His Wife, et al., Appellants.

### Gen. No. 42,320.

opinion filed June 16, 1943. A. Robert Pakulaz, for appellants; Joseph Barbera, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''